# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

HAILEY TAYLOR                                                                PLAINTIFF

v.                                                    CIVIL ACTION NO. 3:23CV401-DMB-RP

RICK PRECIADO., et al.                                                       DEFENDANTS

## ORDER DENYING MOTION TO COMPEL

Defendant Kaitlyn Yielding seeks an order compelling Plaintiff to respond to discovery requests and to attend a deposition.   Docket 131.   The Case Management Order entered on May 3, 2024 dictates the following:

> The court desires to avoid the necessity of filing written discovery motions where court participation in an informal discussion of the issue might resolve it, even after the parties have been unsuccessful in a good faith attempt to do so.   Consequently, before a party may serve any discovery motion, counsel must first in good faith as required by Fed. R. Civ. P. 37(a)(1). If the attorney conference does not resolve the dispute, counsel must contact the chambers of the magistrate judge to request a telephonic conference to discuss the issue as contemplated by Fed. R. Civ. P.16(b)(3)(B) (v). Only if the telephonic conference with the judge is unsuccessful in resolving the issue may a party file a discovery motion.

Counsel for Yielding has not requested a telephonic conference with the magistrate judge as required by the Case Management Order.   Therefore, it is

**ORDERED**

the motion to compel (Docket 131) is DENIED.

THIS, the 1st day of April, 2026.

　　　　　　　　　　　　　　　　 /s/ Roy Percy　　　　　　　　　　　
　　　　　　　　　　　　　　　　 UNITED STATES MAGISTRATE JUDGE