**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**HAILEY TAYLOR**                                                                                    **PLAINTIFF**

**VERSUS**                                              **CIVIL ACTION NO.: 3:23-CV-401-DMB-RP**

**RICK PRECIADO, et al.**                                                              **DEFENDANTS**

**<u>ORDER GRANTING MOTION TO COMPEL</u>**

This matter is before the court on the defendant Kaitlyn Yielding's Motion to Compel Responses to Discovery and Attendance at Deposition. ECF 140. The courts the motion should be granted.

As required by paragraph 6.F.4. of the case management order, counsel for the defendant Kaitlyn Yielding requested a telephonic status conference with the undersigned in order to discuss and attempt to resolve several discovery issues before filing a motion to compel. The issues included the *pro se* plaintiff Hailey Taylor's failure to respond to Yielding's written discovery requests that were propounded on January 23, 2026, the plaintiff's failure to provide her availability to be deposed, and the plaintiff's failure to respond to counsel's multiple correspondences regarding the same.

The plaintiff did not respond to attempts by the undersigned judge's staff to contact her about her availability for the requested teleconference. On April 6, 2026, the court docketed a notice setting the teleconference for April 9, 2026 at 10:00 am and providing the call-in information. ECF 134. A copy of the notice was electronically served on the plaintiff via the court's ECF system. However, the plaintiff failed to appear at the conference or notify the court of any conflict therewith, and the court granted the defendant Yielding leave to file her motion to

1

compel discovery. Yielding thereafter filed the present motion, in which she seeks to compel the plaintiff's full and complete responses to Yielding's interrogatories and requests for production, as well as the plaintiff's attendance at a deposition at a time and place set by counsel for Yielding.

On April 9, 2025, the court entered an order directing the plaintiff to appear, in person, before the undersigned on Monday, April 20, 2026 at 2:00 pm and to then and there show cause as to why the court should not impose sanctions against her for failing to appear at the status teleconference referenced herein above. ECF 141. In the order, the court also stated it would conduct a hearing on the defendant Yielding's motion to compel discovery at that time. The order was electronically served on the plaintiff via the court's ECF system, and the plaintiff failed to appear at the show cause hearing or notify the court of any conflict therewith.

Therefore, the defendant Yielding's motion to compel is GRANTED as unopposed. The plaintiff is ORDERED to provide full and complete responses to Yielding's interrogatories and requests for production within ten days after the entry of this order, or by April 30, 2026. Additionally, the plaintiff is ORDERED to appear for her deposition at a time and place to be set forth in a notice of deposition to be filed by Yielding.

SO ORDERED, this the 20th day of April, 2026.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE

2