**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**HAILEY TAYLOR**                                                                                       **PLAINTIFF**

**V.**                                                                                   **NO. 3:23-CV-401-DMB-RP**

**RICK PRECIADO, et al.**                                                                       **DEFENDANTS**

**<u>ORDER</u>**

On April 20, 2026, United States Magistrate Judge Roy Percy issued a report ("R&R") recommending that this case be dismissed. Doc. #143. The R&R warned that "[a] party's failure to file written objections to the proposed findings, conclusions, and recommendations in a magistrate judge's [R&R] within 14 days after being served with a copy bars that party from: (1) entitlement to *de novo* review by a district judge of proposed findings and recommendations, … and (2) appellate review, except on grounds of plain error, of unobjected-to proposed factual findings and legal conclusions accept[ed] by the district court." *Id.* at 3 (emphasis in original). No objections to the R&R were filed.

Under 28 U.S.C. § 636(b)(1)(C), "[a] judge of the court shall make a de novo determination of those portions of the report … to which objection is made." "[P]lain error review applies where, as here, 'a party did not object to a magistrate judge's findings of fact, conclusions of law, or recommendation to the district court' despite being 'served with notice of the consequences of failing to object.'" *Ortiz v. City of San Antonio Fire Dep't*, 806 F.3d 822, 825 (5th Cir. 2015) (quoting *United States ex rel. Steury v. Cardinal Health, Inc.*, 735 F.3d 202, 205 n.2 (5th Cir. 2013)). "[W]here there is no objection, the Court need only determine whether the [R&R] is clearly erroneous or contrary to law." *United States v. Alaniz*, 278 F. Supp. 3d 944, 948 (S.D. Tex. 2017) (citing *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989)).

Because the Court reviewed the R&R for plain error and concludes that the R&R is neither clearly erroneous nor contrary to law, the R&R [143] is **ADOPTED** as the order of this Court. This case is **DISMISSED**.

**SO ORDERED**, this 14th day of May, 2026.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**